J. B. MELLOR, APPELLEE, V. H. H. HAFFNER, APPELLANT.

FILED DECEMBER 5, 1930. No. 27394.

*J. J. Harrington* and *L. C. Chapman,* for appellant.

*M. F. Harrington, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Holt county to recover a balance alleged to be due on a promissory note given by defendant. The trial court found in favor of plaintiff and defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

ROSE AND GOOD, JJ., DISSENT.